JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIEBETH DANTE, | CV 16-4902 PA (MRWx) |
| Plaintiff, | JUDGMENT |
| v. | |
| WELLS FARGO BANK, N.A., et al. | |
| Defendants. | |

Pursuant to the Court's August 16, 2016 Minute Order granting the Motion to Dismiss filed by defendant Wells Fargo Bank, N.A. ("Wells Fargo") , which dismissed all of the claims asserted by plaintiff Mariebeth Dante ("Plaintiff") against Wells Fargo and NBS Default Services, LLC.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendants shall have judgment in their favor against Plaintiff.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's claims are dismissed with prejudice.

//

//

//

1       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take
2 nothing and that Wells Fargo shall have its costs of suit.
3       IT IS SO ORDERED.

DATED: August 16, 2016

                                      Percy Anderson
                            UNITED STATES DISTRICT JUDGE